IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Buweneka S. Vitarana, and<br>Robert S. Jolly, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | Civil Action No.: 4:08-cv-01073-TLW-TER |
| Citimortgage, Inc., and Rogers, Townsend<br>& Thomas, PC, | )<br>)<br>) | |
| Defendants. | )<br>)<br>) | |

# **ORDER**

The plaintiffs, proceeding *pro se*, filed this action on March 31, 2008. The case was referred to Magistrate Judge Thomas E. Rogers, III, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC. The defendants filed a Motion to Strike on June 2, 2008, (Doc. #26), and a Motion to Dismiss on August 26, 2008. (Doc. #29). The plaintiffs filed no response to either motion. On December 4, 2008, the Magistrate Judge issued an Order giving the plaintiffs five days to file responses to the defendants' Motion to Strike and the Motion to Dismiss. (Doc. #39). The plaintiffs have yet to file any responses.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #42). On January 29, 2009 the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the action be dismissed with prejudice for failure to prosecute. (Doc. #42). The plaintiffs filed no objections to the report.

1

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. Again, no objections have been filed to the Report nor have any responses been filed to the Motion to Dismiss or Motion to Strike. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #42).

**IT IS SO ORDERED**.

    s/Terry L. Wooten
    United States District Judge

February 19, 2009
Florence, South Carolina